JUL-05-2007 22:31    From:LHR                To:16513108251              Page:1/64

# IN THE DISTRICT COURT OF
# LEAVENWORTH COUNTY, KANSAS
## Civil Court Department

FILED
LEAVENWORTH CO. KS
2007 JUN 18 AM 8:32
[CLERK OF DIST COURT]

Charlotte J. Schwenk,                    Plaintiff.

v.                                Case No. 07-CV-325

LHR Inc.,                                Defendant.

## PETITION

COMES NOW the Plaintiff, Charlotte J. Schwenk, by and through her attorney, William E. Pray, and for her cause of action against the defendants, and each of them, states and alleges as follows:

1. That the plaintiff is an individual and resident of Leavenworth County, Kansas, where all communications in question were received. Venue is proper in Leavenworth County.

2. That defendant LHR, Inc. is a New York corporation, registered to do business in the State of Kansas and may be served with process by service upon its resident agent, Corporation Service Company, 200 SW 30th Street, Topeka, Kansas 66611.

## FACTS

3. That, on the 25th day of April, 2005, Plaintiff's counsel wrote to First National Bank of Omaha, regarding Plaintiff's indebtedness to the Bank on a credit card. The Bank was noticed that Plaintiff's counsel was representing her and requested, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(a)(2), ("FDCPA") that further communications on the debt be conducted through the counsel's office. A copy of that letter is attached as "Exhibit A".

4. That, on the 24th day of May, Berman & Rabin, a law firm, in recognition of the receipt of Exhibit A, contacted Plaintiff in care of the counsel's office. A copy of that letter is attached as "Exhibit B".

5. That, upon receipt of Exhibit B, counsel made multiple attempts to contact someone at Berman & Rabin to discuss the case. No return contact was ever attempted. These attempts were documented in a letter to Berman & Rabin, dated the 8th day of June, 2005, a copy of which is attached as "Exhibit C". No further contacts were had from Berman & Rabin.

6. That, on the 18th day of April, 2006, defendant LHR Inc., contacted Plaintiff by mail. A copy of that communication is attached as "Exhibit D". Plaintiff provided it to counsel and, on the 1st day of May, 2006, a phone call was placed to Colleen at LHR. Counsel was informed that this was a "purchased asset" of LHR. The representative was informed that Counsel was representing the Plaintiff and requested further communications be made through his office.

**EXHIBIT A**

Schwenk v. LHR
Petition
Page 2

7. That, on the 31st day of July, 2006, Plaintiff's counsel was directly contacted by Colleen at phone number 800-616-5473 x 2318, on the account with First National Bank of Omaha. The conversation recognized counsel's status as Plaintiff's representative.

8. That, on the 17th day of August, 2006, LHR again directly communicated with Plaintiff by mail. A copy of that communication is attached as "Exhibit E". The communication was provided to counsel and, in a phone conversation on the 14th day of September, 2006, with a representative of LHR, it was acknowledged that their records showed my representation of the Plaintiff and that they would provide an apology to Plaintiff for the improper contact. No apology was ever provided.

9. That, on the 9th day of November, 2006, Butler & Associates, P.A., as a retained representative of LHR made direct contact with the Plaintiff, by mail. A copy of that letter is attached as "Exhibit F".

10. That letter was provided to counsel who replied in a letter faxed to defendant Butler & Associates, P.A. A copy of that letter and supporting fax receipt is attached as Exhibit "G". The contents of that letter disputed the validity of the debt and requesting verification of it. An acknowledgment of the letter was requested within ten days. The letter also made demands for damages under the FDCPA.

11. No response has been received to this letter and suit has never been filed although threatened.

## FDCPA VIOLATIONS

12. That the Defendant violated 15 U.S.C. § 1692 (a)(2), in communicating with the Plaintiff, while aware that Plaintiff was represented by an attorney with regard to such debt with ready access to contact information for that attorney.

13. That the Defendant violated 15 U.S.C. § 1692c (c) by failing to stop collection contacts following written notice to cease contacts.

14. That the Defendant violated 15 U.S.C. § 1692d by engaging in harrassing, oppressive, and abusive conduct by continuing to contact Plaintiff knowing of her situation and advanced age. Defendant LHR, Inc. also accused Plaintiff of "ignoring" them and being "not concerned about any further activity we may take against you."

15. That the Defendant violated 15 U.S.C. § 1692e and 1692e (10) in misrepresenting the imminence of legal action against the Plaintiff.

## KANSAS CONSUMER PROTECTION ACT VIOLATIONS

16. That the Defendant is a "supplier" as defined in K.S.A. 50-624 (j). The Plaintiff is a "consumer" as defined in K.S.A. 50-624(b) and is an "Elder person" as defined in K.S.A. 50-676.

JUL-05-2007 22:31   From:L/R          To:16513108231          Page:6/24

Schwenk v. LHR
Petition
Page 3

17. That the Defendant, aware of the situation of the Plaintiff, violated 50-627(a) in its continued contacts, in derogation of notices from her counsel.

18. That the Defendants committed an unconscionable act, as defined in K.S.A. 50-675 in their attempts to collect a credit card charge or transaction.

19. That each of the above violations should be enhanced, as set forth in K.S.A. 50-677 as the Plaintiff is an Elder person.

**WHEREFORE**, Plaintiff prays for judgment against the Defendant for damages in an amount in excess of $75,000.00; for an injunction preventing further acts, as set forth above; for Plaintiff's attorney fees; and for the costs of this action.

*[signature]*

William R. Pray
Attorney at Law #9040
316 South 5th Street
Post Office Box 16
Leavenworth, Kansas 66048-0016
(913) 651-5678
(913) 682-8789 (fax)
Attorney for Plaintiff

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues that may be determined by a jury.

*[signature]*

William E. Pray
Attorney for Plaintiff

PAGE 08/27
P.9
26253345638
07/18/2007 07:08   6513108231
STPAULTRAVELERS
Jul 10 2007 8:55AM