IN THE DISTRICT COURT OF LEAVENWORTH, KANSAS
CIVIL COURT DEPARTMENT

| | |
|---|---|
| **CHARLOTTE J. SCHWENK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 07-CV-2320 |
| **LHR, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Date: August 29, 2007

s/ Kathryn H. Vratil
Kathryn H. Vratil
Judge of United States District Court